1010

No. 87–799. LINDSAY, DBA MAC ADVERTISING CO., ET AL. *v.* CITY OF SAN ANTONIO. C. A. 5th Cir. Certiorari denied.

No. 87–802. LOMAR WHOLESALE GROCERY, INC. *v.* DIETER'S GOURMET FOODS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–805. FLEMING *v.* GIBSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–806. OLSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–807. LATELLA *v.* JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 87–809. BULLARD *v.* NORTHCUTT ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–811. KORBEL *v.* CALIFORNIA (two cases). App. Dept., Super. Ct. Cal., Los Angeles County. Certiorari denied.

No. 87–812. LEVY *v.* EXXON CORP. C. A. 5th Cir. Certiorari denied.

No. 87–817. BAYER *v.* PAYNE, SECRETARY OF REVENUE FOR SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 87–829. WADE *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 87–834. CURCIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–839. ELDRIDGE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 87–842. HARRIS METHODIST H–E–B BOARD OF TRUSTEES ET AL. *v.* JATOI. C. A. 5th Cir. Certiorari denied.

No. 87–848. COMMISSIONER, MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, ET AL. *v.* ROGERS ET AL. C. A. 1st Cir. Certiorari denied.